Case 4:18-cv-03555 Document 2 Filed in TXSD on 10/02/18 Page 1 of 4

**I ACCEPT YOUR OFFER WITH FULL IMMUNITY. WITHOUT RECOURSE. WITHOUT PREJUDICE**

 

The Trust indenture of 1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION 24. "MILITARY SUBORDINATE TO CIVIL AUTHORITY" The military SHALL at all times shall be subordinate to the civil authority Notice of Special Restricted Appearance: Oliveira-Florinda: Marlon beneficial Owner 1st Lien Holder and executor of MARLON OLIVEIRA FLORINDA d/b/a OLIVEIRA FLROINDA MARLON®™

**OLIVEIRA FLORINDA MARLON, "ESTATE"**
**EXECUTOR OFFICE**
**GENERAL POST OFFICE**
**C/o 2706 DUHAM CHASE LANE**
**KATY, TEXAS REPUBLIC**
**NON-DOMESTIC WIHTHOUT THE UNITED STATES, INC**
September 30, 2018



OCT 02 2018

David J. Bradley, Clerk of Court

## 'Federal Court'
## THE UNITED STATES DISTRICT COURT
## FOR THE SOURTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| OLIVEIRA FLORINDA MARLON<br>EZIO KAVUNGO MARLON<br>EDEN LUISA MORIN MARLON<br>**Plaintiff**<br><br>Vs<br><br>**Texas Attorney General Child Support Division, et al.,**<br><br>**GREG WAYNE ABBOT** Dba Governor of Texas<br>Office of the Governor<br>State Insurance Building<br>1100 San Jacinto<br>Austin, Texas 78701<br><br><br>**C. VELEZ** Dba CONTRACTOR SUPERVISOR FOR TITLE IV-D AGENCY a/k/a Child Support Enforcement Program<br>634 HOUSTON TEXAS EAST STOREFRONT<br>SUITE 125<br>5144 E SAM HOUSTON PKWY N<br>HOUSTON, TEXAS 77015<br><br>**STEVE RODDY** Dba deputy director for child support a legal fiction a/k/a Child Support Program<br>Price Daniel Sr. Building<br>209 W. 14th Street<br>Austin, Texas 78701<br><br>**MARA FIESEN** Dba Deputy attorney general for child support a legal fiction<br>Price Daniel Sr. Building<br>209 W. 14th Street<br>Austin, Texas 78701<br><br><br>**NANETTE YVETTE MARLON**<br>2811 Brazel St<br>Waller, Texas 77484<br>**Defandant** | **CASE NUMBER**<br><br><br>**DUE NOTICE AND AFFIDAVIT OF FACTS** |

**File on Demand/Record**



**I ACCEPT YOUR OFFER WITH FULL IMMUNITY. WITHOUT RECOURSE. WITHOUT PREJUDICE**

The Trust indenture of 1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION 24. "MILITARY SUBORDINATE TO CIVIL AUTHORITY" The military SHALL at all times shall be subordinate to the civil authority Notice of Special Restricted Appearance: Oliveira-Florinda: Marlon beneficial Owner 1st Lien Holder and executor of MARLON OLIVEIRA FLORINDA d/b/a OLIVEIRA FLROINDA MARLON®™

I Oliveira-Florinda: Marlon natural person, living man and freeman for MARLON OLIVEIRA FLROINDA Dba OLIVEIRA FLROINDA MARLON, hereby do not consent to title IV-D agency a child support quasi hearing.

**TAKE FURTHER MANDATORY NOTICE**

I deny all request to pay child support and do not consent to paternity testing and paying child suppor.
My reasons are follows:

1- ARTICLE XII. "Private Corporations." SECTION 1. No private corporation shall be created except by general laws. The Title IV-D agency and any court lacks subject matter jurisdiction. The Fictitious defendants are representing the STATE OF TEXAS legal fiction and the UNITED STATES, INC legal fiction without standing in court to bring any action. It's enough to say here that the sliminess stonewalling and just plain blunt viciousness of the Title IV-D contractors in their attempt to conceal the true nature in cause. Title IV-D agency is private corporation.

**See Exhibit:**



**TEXAS DEPARTMENT OF BANKING**
Commissioner Charles G. Cooper

Search DOB | Search

*Dedicated to Excellence in Texas Banking Since 1905*

| Banks & Trust Companies | Money Services Businesses | Cemetery & Prepaid Funeral Businesses | Other Regulated Entities | Applications, Forms & Publications | Laws & Regulations | Consumer Information |

Home » Other Regulated Entities » Private Child Support Enforcement Agencies

## Private Child Support Enforcement Agencies



In the 77th Legislature, the Texas Finance Code was amended by adding Chapter 396. The amendment provided that private child support enforcement agencies (PCSEAs) register with the Department to engage in child support enforcement in Texas. PCSEAs are required to register with the Department; however, enforcement authority is limited. Agency personnel investigate consumer complaints and attempt to facilitate amicable resolutions with regard to these entities. Additionally, the legal staff reviews contract forms for clarity and suitability.

**Looking for Consumer Information?**

Consumer Section

Frequently Asked Questions

File a Complaint

2- 1876 Constitution of State of Texas [**as ratified without subsequent amendments**] ARTICLE I "BILL OF RIGHTS" SEC. 6. All men have a natural and indefeasible right to worship Almighty God according to the dictates of their own consciences. No man shall be compelled to attend, erect or support any place of worship, or to maintain any ministry against his consent. No human authority ought, in any case whatever, to control or interfere with the rights of conscience in matters of religion, and no preference shall ever be given by law to any religious society or mode of worship. But it shall be the duty of the Legislature to pass such laws as may be necessary to protect equally every religious denomination in the peaceable enjoyment of its own mode of worship.

3- My Children are to Honor me as stated in the "NEW LIVING TRANSLATION BIBLE AT 1 Timothy 5:4 "But if she has children or grandchildren, their first responsibility is to show godliness at home and repay their parents by taking care of them. This is something that pleases God." take further notice that at Ephesians 6: 1-4 Children,

I ACCEPT YOUR OFFER WITH FULL IMMUNITY. WITHOUT RECOURSE. WITHOUT PREJUDICE

 

The Trust indenture of 1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION 24. "MILITARY SUBORDINATE TO CIVIL AUTHORITY" The military SHALL at all times shall be subordinate to the civil authority Notice of Special Restricted Appearance: Oliveira-Florinda: Marlon beneficial Owner 1st Lien Holder and executor of MARLON OLIVEIRA FLORINDA d/b/a OLIVEIRA FLROINDA MARLON©™

> obey your parents in the Lord, for this is right. 2"Honor your father and mother" (which is the first commandment with a promise), 3"that it may go well with you and that you may be long-lived on the earth." a 4Fathers, do not provoke your children to anger; instead, bring them up in the discipline and instruction of the Lord."

4- 1876 Constitution of State of Texas [**as ratified without subsequent amendments**] ARTICLE I "BILL OF RIGHTS" ARTICLE XVI. **General Provisions**. SEC. 6. No appropriation for private or individual purposes shall be made. A regular statement, under oath, and an account of the receipts and expenditures of all public money shall be published annually, in such manner as shall be prescribed by law.

I Demand that this action be dismissed with prejudice any further action from this court to pursue this matter will be in violation of my unalienable rights protected by the 1876 Constitution of State of Texas [**as ratified without subsequent amendments**] ARTICLE I "BILL OF RIGHTS" SEC. 10. In all criminal prosecutions the accused shall have a speedy public trial by an impartial jury. He shall have the right to demand the nature and cause of the accusation against him and to have a copy thereof. He shall not be compelled to give evidence against himself. He shall have the right of being heard by himself or counsel or both; shall be confronted with the witnesses against him; and shall have compulsory process for obtaining witnesses in his favor. And no person shall be held to answer for a criminal offense, unless on indictment of a grand jury, except in cases in which the punishment is by fine, or imprisonment otherwise than in the penitentiary, in cases of impeachment, and in cases arising in the army or navy, or in the militia, when in actual service in time of war or public danger.
The 1876 Constitution of State of Texas [**as ratified without subsequent amendments**] ARTICLE I "BILL OF RIGHTS" SEC. 14. No person, for the same offense, shall be twice put in jeopardy of life or liberty; nor shall a person be again put-upon trial for the same offense a fter a verdict of not guilty in a court of competent jurisdiction.

The 1876 Constitution of State of Texas [**as ratified without subsequent amendments**] ARTICLE I "BILL OF RIGHTS" SEC. 15. The right of trial by jury shall remain inviolate. The Legislature shall pass such laws as may be needed to regulate the same, and to maintain its purity and efficiency.

The 1876 Constitution of State of Texas [**as ratified without subsequent amendments**] ARTICLE I "BILL OF RIGHTS" ARTICLE I "BILL OF RIGHTS" SEC. 19. No citizen of this State shall be deprived of life, liberty, property, privileges or immunities, or in any manner disfranchised, except by the due course of the law of the land.

By: **Oliveira-Florinda: Marlon,** Executor, Authorized Representative for **OLIVEIRA FLROINDA MARLON, "ESTATE"**

C/o 2706 Durham Chase lane, Katy, Texas Zip Exempt

*Without prejudice UCC 1-308, UCC 1-103*

By: executor *Marlon, Oliveira, Florinda – Executor*  Date *10/2/2018*
Oliveira-Florinda: Marlon, Executor, Beneficiary- In Propria Persona
All Rights Reserved: UCC 1-308; UCC 1-103.6
Executor of the OLIVEIRA FLORINDA MARLON, ESTATE
C/o 2706 Durham Chase Lane
Katy, Texas Republic
Zip Code Exempt
Nontaxpayer
Noncitizen National

I ACCEPT YOUR OFFER WITH FULL IMMUNITY. WITHOUT RECOURSE. WITHOUT PREJUDICE



The Trust indenture of 1876 Texas Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION 24. "MILITARY SUBORDINATE TO CIVIL AUTHORITY" The military SHALL at all times shall be subordinate to the civil authority Notice of Special Restricted Appearance: Oliveira-Florinda: Marlon beneficial Owner 1st Lien Holder and executor of MARLON OLIVEIRA FLORINDA d/b/a OLIVEIRA FLROINDA MARLON©™

JURAT

Subscribed and sworn to (or affirmed) before me on this ___02___ day of __October__, 2018, by __Marlon Oliveira Florinda__ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary (Seal)

LILIAM HERNANDEZ
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 4/23/20
NOTARY ID 12896604-7

Notary Signature _____